```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

JAMES LUCIEN,                    )
     Petitioner,                 )
                                 )
          v.                     )    Civ. A. No. 07-11338-MLW
                                 )
LUIS SPENCER,                    )
     Respondent.                 )
```

                                ORDER

WOLF, D.J.                                          April 23, 2014

    Sharon Fray-Witzer, Esq., who was replaced as appointed counsel for petitioner James Lucien, has filed a Motion for Leave to Submit Bill Under Seal. According to the motion, which was filed on April 7, 2014, the bill in question was "send [sic] in hard copy today." No such document has yet been received by the court. Ms. Fray-Witzer states that her bill should be sealed because it "contains details of representation which should not be disclosed publically." However, it is not now clear why the details of Ms. Fray-Witzer's representation should not be made public.

    Accordingly, it is hereby ORDERED that Ms. Fray-Witzer's Motion for Leave to Submit Bill Under Seal (Docket No. 138) is DENIED without prejudice. Ms. Fray-Witzer may submit a new motion to file her bill under seal, explaining why impoundment is appropriate. Any such motion shall be accompanied by a

proposed redacted version of the bill to be made part of the public record.

                                                                            /s/ Mark L. Wolf
                                                    UNITED STATES DISTRICT JUDGE